```
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF FLORIDA

                                  CASE NO. 08-81409-Civ-HURLEY
                                         (05-80138-Cr-HURLEY)
                                  MAGISTRATE JUDGE P. A. WHITE
ANDREW WEISS,                  :

     Movant,                   :

v.                             :

UNITED STATES OF AMERICA,      :

     Respondent.               :
_____
```

**ORDER ADOPTING
REPORT AND RECOMMENDATION OF MAGISTRATE
JUDGE, ENTERING FINAL JUDGMENT DENYING
<u>MOTION TO VACATE, AND CLOSING CASE</u>**

**THIS CAUSE** is before the court upon a motion to vacate, filed pursuant to 28 U.S.C. §2255, and the Report and Recommendations of the Honorable Patrick A. White, United States Magistrate Judge.

Pursuant to <u>Fed.R.Civ.P.</u> 72(b), "[T]he district judge ... shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within ten days of service of the Report and Recommendations, and that the objecting party arrange for transcription of sufficient portions of the record. <u>Fed.R.Civ.P.</u> 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." <u>Id</u>. Portions of the Report and Recommendations that are not specifically objected to are subject

to the clear error standard. The identical requirements are set forth in 28 U.S.C. §636(b)(1).

After considering the Report of the Magistrate Judge, as well as, any objections filed thereto, and after conducting a *de novo* review of the record as a whole, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendations of the United States Magistrate Judge (DE#13) is **ADOPTED** in its entirety and incorporated herein by reference.

2. The motion to vacate is **DENIED**.

3. All pending motions not otherwise ruled upon are **DENIED**, as moot.

4. This case is **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida on this 16th day of December, 2009.

Daniel T. K. Hurley
UNITED STATES DISTRICT JUDGE

cc: Andrew Weiss, <u>Pro Se</u>
Reg. No. 75280-004
Federal Correctional Institution
P.O. Box 1000
Morgantown, WV 26507

Stephen Carlton, AUSA
U.S. Attorney's Office
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401